No. 52956.—Van Oppen & Co., Inc. *v.* United States, protest 138280–K (New York).

Opinion by TILSON, J. From an examination of the papers it appeared that the protest was not filed within 60 days of the date of liquidation of the entry. The motion to dismiss was therefore granted.

BEFORE THE THIRD DIVISION, MARCH 23, 1949

No. 52957.—Batinos Import et al. *v.* United States, protests 141004–K (B), etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.